GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California
SEVERA KEITH
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:           Severa_Keith@fd.org

Counsel for Defendant Carrasco

FILED
Apr 29 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY CARRASCO,<br><br>Defendant. | Case No.: CR 20–0458 BLF (NC)<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL** |

IT IS HEREBY STIPULATED AND AGREED between the government through its attorney, Alexandra Shepard, and defendant Kimberly Carrasco through her attorney, Severa Keith, that the Conditions of Pretrial Release and Appearance, ordered on February 2, 2021, be modified to permit the Pretrial Services Officer to allow Ms. Carrasco to drive from her home in San Jose, California to Los Angeles, California, on April 29, 2021 for the purpose of visiting a sick relative and to visit family.  Ms. Carrasco will return to San Jose, California by May 3, 2021.

1 | Pretrial Services does not object to this travel.  Ms. Carrasco is currently in compliance with her conditions of release.

18 U.S.C section 42(c)(3) states, "[t]he judicial officer may at any time amend the order to impose additional or different conditions of release." 18 U.S.C § 31452(c)(3).

As such, the parties request that the Court exercise its authority to modify the Conditions of Release and Appearance, as stipulated.

IT IS SO STIPULATED.

Dated:     April 29, 2021

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

/S/
SEVERA KEITH
Assistant Federal Public Defender

Dated:     April 29, 2021

STEPHANIE HINDS
Acting United States Attorney
Northern District of California

/S/
ALEXANDRA SHEPARD
Assistant United States Attorney

STIPULATION AND  ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL
*CARRASCO*, CR 20–0458 BLF (NC)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY CARRASCO,<br><br>Defendant. | Case No.: CR 20–0458 BLF (NC)<br><br>**ORDER TO MODIFY CONDITIONS OF RELEASE RE: TRAVEL** |

ORDER

GOOD CAUSE HAVING BEEN SHOWN, the Court orders, for the reasons set forth in the parties' Stipulation, that the Conditions of Pretrial Release and Appearance be modified such that Pretrial Services may permit defendant Kimberly Carrasco to travel from San Jose, California to Los Angeles, California, from April 29, 2021 through May 3, 2021, and returning to San Jose, California no later than May 3, 2021.

IT IS SO ORDERED.

Dated: April 29, 2021

HON.
United St

GRANTED
Judge Nathanael M. Cousins