CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 20-CR-0458 BLF-5 |
| Plaintiff, | |
| v. | ORDER APPROVING GOVERNMENT'S NOTICE OF DISMISSAL |
| KIMBERLY CARRASCO, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Superseding Information as to Kimberly Carrasco.

DATED: April 1, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
JEFF MITCHELL
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 20-458 BLF

v. 8/4/2021

[~~PROPOSED~~] ORDER

Leave is granted to the government to dismiss the Superseding Information as to Kimberly Carrasco.

Date:  April 1, 2026

HON. BETH LABSON FREEMAN
United States District Judge